UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RICHARD A. WIELAND <br> U.S. TRUSTEE, REGION 19 <br><br> Plaintiff, <br><br> v. <br><br> KEVIN D. HEUPEL and <br> HEUPEL LAW, P.C., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    Miscellaneous Proceeding <br> )    Adversary Action No: 13-0005 EEB <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO WITHDRAW

The attorneys for the Defendants, Kevin D. Heupel ("Heupel") and Heupel Law, P.C. ("Law Firm;" collectively, "Defendants"), the Law Office of Curt Todd, LLC, ("Firm"), and pursuant to L.B.R. 9010-4 and R.P.C. 1.16(b)(5) and (7), respectfully moves to withdraw as counsel for The Defendants in this case, as follows:

1. This Court has jurisdiction over this matter under 28 U.S.C. §1334. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §1409(a).

2. The Firm has been co-counsel of record for the Defendants in this case; however, the clients failed substantially to fulfill an obligation to the Firm regarding the Firm's services after having been given reasonable warning that the Firm would withdraw unless the obligation was fulfilled, and the Firm and the Defendants have agreed that the Firm should withdraw as co-counsel of record for the Defendants.

3. The Firm understands that Heupel's bankruptcy counsel will represent the Defendants on a going forward basis in this case.

4. The Firm notifies the Defendants of the following:

a. The Firm wishes to withdraw from representing you in this case.

b. The U.S. Bankruptcy Court for the District of Colorado retains jurisdiction;

c. Your last known address and telephone number is 2440 Stout Street, Denver, CO 80205 and your telephone number is (303) 955-7570;

d. You have the burden of keeping the Court and other parties informed where notices, pleadings, or other papers may be served;

    e.    You have the obligation either to prepare personally for any hearing or trial in a contested matter or adversary proceeding or to hire another attorney to prepare for any future hearing or trial;

    f.    You are personally responsible for complying with all court orders and time limitations established by any applicable statute, rule, or the Local Bankruptcy Rules;

    g.    If another attorney is not hired, you have the obligation to decide whether to respond to any motion that may be filed in this case after the withdrawal of the Firm, to file a timely response, and to respond to any Court orders requiring you to respond;

    h.    If you fail or refuse to meet these burdens, and if you fail or refuse to comply with all court rules and orders, you may suffer sanctions, including default or of the pending adversary action;

    i.    You are notified of the following dates and deadlines in this case: Status conference on Wednesday, June 4, 2014 at 11:00 A.M. in Courtroom F, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado;

    j.    Service of Process and of other filings may be served upon you at your last known address/your address in the Court's database;

    k.    Because the Law Firm is a corporation, partnership, or other legal entity, it cannot appear without counsel admitted to practice before the Bankruptcy Court and, absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against the Law Firm including dismissal or conversion of the case if it is a debtor;

    l.    You have the right to object to this Motion within fourteen (14) days of the date of this notice, or within such other time period as the Court may prescribe. If you wish to object to this Motion to Withdraw, your objection must be made in writing to the Court in the above-captioned action and you must send a copy of your objection to the Firm.

    m.    If you do not object in writing to this Motion within fourteen (14) days of the date of this notice, or within such lesser time period as the Court may permit, then the Court may enter its Order allowing the Firm to withdraw as your attorney, without any further notice.

    5.    The Firm has served this Motion on the Defendants by first class U.S. Mail, postage pre-paid, and on counsel for the other parties to this case via the CM/ECF system.

WHEREFORE, having complied with the requirements of L.B.R. 9010-4, and having shown good cause for the relief sought, the Firm moves the Court to enter its Order Granting Motion to Withdraw, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted on May 20, 2014.

         LAW OFFICE OF CURT TODD, LLC


         By: //s// Curt Todd_____
         Curt Todd, No 14332
         837 E. 17th Avenue, Suite 102
         Denver, CO  80218
         Ph. (303) 955-1184
         Fax (303) 830-9310
         Email ctodd@templelaw.comcastbiz.net
         Attorneys for the Defendants